No. 01–10916.  PITTMAN *v.* NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Buncombe County, N. C.  Certiorari denied.

No. 01–10917.  COOPER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–10918.  TAYLOR *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–10919.  THOMPSON *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–10920.  RAMIREZ ET AL. *v.* UNITED STATES; and
No. 01–10962.  JENKINS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 44 Fed. Appx. 80.

No. 01–10921.  AMARILLE *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 01–10922.  MILLER, AKA SMITH *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–10923.  ROLETT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–10924.  COLE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–10926.  KING *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–10927.  LACY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–10928.  JACQUE *v.* WESTERN REGIONAL OFF-TRACK BETTING CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–10929.  KEE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–10930.  REDANTE *v.* RAMIREZ-PALMER, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.